Case 1:13-cv-00271-NLH-AMD  Document 11  Filed 05/10/13  Page 1 of 1 PageID: 62

From:Weisberg Law            610 690 0880            04/23/2013 09:41            #113 P.002/002
Case 1:13-cv-00271-NLH-AMD  Document 10  Filed 05/03/13  Page 1 of 1 PageID: 61

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHRISTOPHER A. BEYER
703 Cricket Avenue
Glenside, PA 19038
               Plaintiff,

                     NO.: 13-0271

       v.

KERBECK CADILLAC PONTIAC
CHEVROLET, INC., ET AL.
430 North Albany Avenue
Atlantic City, NJ 08401
               Defendants.

## STIPULATION

AND NOW this 9th day of May, 2013, it is hereby STIPULATED and AGREED, by and between all parties, by and through their undersigned counsel, that Plaintiff's within action is voluntarily dismissed towards extra-judicial contractual arbitration through AAA, with Defendants' bearing all costs (inclusive of arbitrator's fees and administrative costs), which arbitrator and arbitration shall take place within this jurisdiction, and with the statute of limitations having been tolled as of the date of the filing of Plaintiff's above-captionedComplaint.

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorneys for Plaintiff

Richard M. Pescatore, Esquire
Attorney for Defendants

AND IT IS SO ORDERED.

At Camden, New Jersey

NOEL L. HILLMAN, U.S.D.J